UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61786-CIV-DIMITROULEAS

MOHAMMAD RAHAMAN,

    Plaintiff,

v.

MT. HAWLEY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER GRANTING MOTION BY DEFAULT

THIS CAUSE is before the Court upon Defendant Mt. Hawley Insurance Company's Motion to Transfer Venue (the "Motion") [DE 4], filed herein on September 22, 2023. The Court has carefully considered the Motion [DE 4] and is otherwise fully advised in the premises.

Local Rule 7.1(c)(1) provides that "[f]or all motions, except motions served with the summons and complaint, each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c)(1). As of the date of this Order, no response to the Motion [DE 4] has been filed and the time for such filing has passed. *See* S.D. Fla. L.R. 7.1(c)(1).

On October 10, 2023, the Court entered an Order to Show Cause Why Motion Should Not be Granted. *See* [DE 6]. The Court stated that a failure to respond by October 17, 2023 may result in the Court's granting the Motion [DE 4] by default. *See id.* No timely response was filed.

Apart from Plaintiff's default on the Motion, the Court has carefully considered

Defendant's arguments in favor of transfer and the exhibits submitted in support thereof and has ensured that the Motion is properly supported. The Court agrees with Defendant that the New York forum selection clause and the relevant factors favor transfer to the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 4] is **GRANTED;**

2. The Clerk shall **TRANSFER** this action to the United States District Court for the Southern District of New York;

3. The Clerk shall **CLOSE** this case in this district and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 18th day of October, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record